■ In the Matter of BARRY FEINSTEIN, Petitioner, v. JUSTICES OF THE SUPREME COURT OF THE STATE OF NEW YORK et al., Respondents.— Application for a writ of prohibition and the motion for a stay unanimously denied and the motion to dismiss the petition granted, without costs and without disbursements. The stay, dated October 30, 1974, affixed to the notice of motion for a stay, is vacated. No opinion. Concur — McGivern, P. J., Nunez, Steuer and Capozzoli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. THEODORE LEONARD — On the court's own motion and pursuant to New York Constitution (art. VI, § 5, subd. b; art. VI, § 8, subd. d), the motion and the appeal are transferred to the Appellate Term of the Supreme Court, First Department. Concur — McGivern, P. J., Nunez, Murphy, Tilzer and Lane, JJ.